Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br>v.<br><br>ARTFARM USA, INC. d/b/a Manuela, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-03315-JLS-GJS<br><br>*Hon. Josephine L. Staton*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: May 16, 2022<br>Trial Date: Not Set |

NOTICE OF SETTLEMENT

Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A Stipulation for Dismissal with Prejudice as to all of Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 30, 2022                    Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 30, 2022 */s/ Binyamin I. Manoucheri*
                                                  Binyamin I. Manoucheri

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137