**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>              Plaintiff,<br>   v.<br><br>ARTFARM USA, INC. d/b/a Manuela, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.: 2:22-cv-03315-JLS-GJS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P.**<br>**RULE 41(A) (DOC. 19)** |

1     IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Crystal
2 Redick and Defendant Artfarm USA, Inc. d/b/a Manuela's joint request that this
3 Court enter a dismissal with prejudice as to all of Plaintiff's claims in their entirety
4 is GRANTED in full. Each party shall bear her or its own fees and costs.
5     IT IS SO ORDERED.

8 Dated: March 8, 2023

                              HON. JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE